UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LANCE T. CHRISTIE                     :         CIVIL ACTION NO.: 3:14CV566

VS.                                   :

J. PRESCOTT                           :         APRIL 28, 2014

## C O M P L A I N T

1.  This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3.  The plaintiff is an adult citizen of the United States who resides in Waterbury, Connecticut.

4.  During all times mentioned in this action, the defendant was a patrolman in the Waterbury Police Department.  He is sued in his individual capacity.

5.  During all times mentioned in this Complaint, the defendant was acting

under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. Shortly after midnight on October 31, 2011, in a parking area near 150 Manhan Street in Waterbury, the defendant arrested the plaintiff without a warrant.

7.  In the course of the said arrest, the defendant needlessly struck the plaintiff on the head with a hard object, causing such severe scalp and cranial injuries that several surgical staples were required to close the wound.

8.  As a result, the plaintiff suffered physical injury, pain and terror.

9.  As a further result, the plaintiff required medical care and treatme3nt.

10.  In the manner described above, the defendant subjected the plaintiff to unreasonable force in the course of an arrest, in violation of the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment for compensatory damages, punitive damages, attorney fees and costs.

THE PLAINTIFF


BY:_____/s/_____
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       203.562.9931
       Fax:  203.776.9494
       jrw@johnrwilliams.com
       His Attorney